UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Antoine Maurice-Tyrone Rhodes**　　　　　　　　　　　Docket No. 5:12-CR-184-1BO

## Petition for Action on Supervised Release

COMES NOW Arthur B. Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Antoine Maurice-Tyrone Rhodes, who, upon an earlier plea of guilty to Possess With Intent to Distribute a Quantity of Cocaine Base (Crack), 21 U.S.C. § 841(a)(1), and Possession of a Firearm by a Felon, 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on December 17, 2012, to the custody of the Bureau of Prisons for a term of 100 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Antoine Maurice-Tyrone Rhodes was released from custody on January 26, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 27, 2018, the defendant tested positive for marijuana. On April 3, 2018, after being confronted the defendant admitted to eating a marijuana laced edible on or about March 16, 2018. He signed an admission to this fact as well. As a response, the probation office recommends the continuation of supervision with a addition of drug treatment and enrollment in the Surprise Urinalysis Program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Jeffrey L. Keller　　　　　　　　　　　　　　/s/ Arthur B. Campbell
Jeffrey L. Keller　　　　　　　　　　　　　　　Arthur B. Campbell
Supervising U.S. Probation Officer　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　310 New Bern Avenue, Room 610
　　　　　　　　　　　　　　　　　　　　　　　Raleigh, NC 27601-1441
　　　　　　　　　　　　　　　　　　　　　　　Phone: 919-861-8677
　　　　　　　　　　　　　　　　　　　　　　　Executed On: May 24, 2018

Antoine Maurice-Tyrone Rhodes
Docket No. 5:12-CR-184-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 24 day of May, 2018, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
U.S. District Judge