UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Antoine Maurice-Tyrone Rhodes  Docket No. 5:12-CR-184-1BO

### Petition for Action on Supervised Release

COMES NOW Arthur B. Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Antoine Maurice-Tyrone Rhodes, who, upon an earlier plea of guilty to Possess with Intent to Distribute a Quantity of Cocaine Base (Crack, 21 U.S.C. § 841(a)(1) and Possession of a Firearm by a Felon, 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on December 17, 2012, to the custody of the Bureau of Prisons for a term of 100 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Antoine Maurice-Tyrone Rhodes was released from custody on January 26, 2018, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 6, 2019, the defendant reported to the probation office. He was confronted about his past drug samples being dilute and that the current sample was visibly dilute. He admitted to using Marijuana about two weeks prior. When asked about what was going on, the defendant stated that he has a lot of stress and several recent deaths in his family had been weighing on him. He was offered mental health treatment and accepted the offer. In addition to his mental health treatment, he was told that he would be placed at the highest level of drug testing. At this time, in response to his drug use admission, the probation office is requesting that his conditions of release be modified to include mental health assessment and treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/ Arthur B. Campbell<br>Arthur B. Campbell<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8677<br>Executed On: June 12, 2018 |

Antoine Maurice-Tyrone Rhodes
Docket No. 5:12-CR-184-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this _13_ day of _Jan_____, 2018, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge